## STATE v. SHAW AND SIX OTHERS.

An officer, in a prosecution for a crime, after making known his business, and demanding admittance may break open the door, in order to make an arrest.

Persons joined in a complaint against whom there is no evidence; may be admitted as witnesses.

INFORMATION for a riot. Not guilty plead. Issue to the court. Shaw was an officer, had a warrant against one Allen for lewd behavior; Allen had given out high threatenings against Shaw: Shaw took these people with him to assist him in taking of Allen; as he had constantly avoided him. After making known his business, and demanding admittance into the house, being refused, he broke the door, and entered the house with two of his assistants; the others did nothing, but remained out doors.

A motion was made, after the evidence for the state was through, to introduce said attendants as witnesses, against whom there was no evidence, but their going with Shaw by his command to the house. The court took time to consider of it, and was of opinion that their going with Shaw by his command, and being present when he broke said doors, under the circumstances was doing nothing that was unlawful; and they were admitted, and the defendants found not guilty, and dismissed without cost.